**Order entered March 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00613-CV

## IN THE INTEREST OF M.A.H., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-51726-2011**

## ORDER

We **GRANT** appellee's March 20, 2015 second unopposed motion for extension of time

to file brief and **ORDER** the brief be filed no later than April 23, 2015.

/s/    CRAIG STODDART
        JUSTICE